LISA SCOLARI
Attorney at Law
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
scolarilaw@gmail.com
(212) 227-8899

September 21, 2026

Hon. Ronnie Abrams
United States District Court
Southern District of New York
New York, NY 10007
*via ECF*

**Re: United States v. Ajani McChriston**
26 Cr 432 (RA)

Your Honor:

I represent Ajani McChriston on the above captioned case which is scheduled for an initial conference before the Court on September 30, 2026. I will be unable to appear as I will be starting a month-long RICO homicide trial before Hon. Ramon E. Reyes in October. Therefore I request leave for Jefferey Pittell, Esq. to stand in for Mr. McChriston at the conference. Mr. McChriston is aware of this requests and consents to this application.

Respectfully,
*Lisa Scolari*
Lisa Scolari

SO ORDERED:

______________________
HON. RONNIE ABRAMS
9/21/2026